IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JADA JOHNSON**  **PLAINTIFF**

v.  Case No. 4:22-cv-01032-KGB

**LITTLE ROCK HOUSING AUTHORITY**
**d/b/a METROPOLITAN HOUSING ALLIANCE**  **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date it is considered, ordered, and adjudged that judgment is entered in favor of defendant Little Rock Housing Authority d/b/a Metropolitan Housing Alliance on plaintiff Jada Johnson's claims under Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq.*, the Arkansas Civil Rights Act, Ark. Code Ann. § 16-123-101, *et seq.*, and the Family Medical Leave Act, 29 U.S.C. § 2601, *et seq.* The Court dismisses Ms. Johnson's claims with prejudice; the relief requested is denied.

So adjudged this 19th day of September, 2024.

*/s/ Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge